973 A.2d 410

**Allen JOHNSON, Petitioner**

v.

**COMMONWEALTH of Pennsylvania, PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Respondent.**

**No. 39 MM 2009.**

Supreme Court of Pennsylvania.

May 27, 2009.

## *ORDER*

PER CURIAM.

**AND NOW,** this 27th day of May, 2009, the Application for Leave to File Original Process is **GRANTED,** and the "Petition for Lack of Subject Matter Jurisdiction" and the Application for an Immediate Hearing are **DENIED.**